August 27, 2010

Ms. Lisa Marie McClain
Office of the Attorney General
Transportation Division
P.O. Box 12548 MC-020
Austin, TX 78711-2548
Mr. William D. Noel
8200 Wednesbury Lane, Suite 420
Houston, TX 77074-2925

RE: Case Number: 08-0551
 Court of Appeals Number: 14-07-00547-CV
 Trial Court Number: 41,086

Style: THE STATE OF TEXAS
 v.
 CHARLES LYNN BROWNLOW AND MARLENE H. BROWNLOW

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.
(Justice Guzman not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Ed Wells |
| |Mr. Jerry Deere |
| |Mr. Charles Black |
| |McFarland |